UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

International Union of Operating Engineers, Local 150, AFL−CIO

    Plaintiff,

v.

Michael Hogan

    Defendant.

Case No.: 1:22−cv−05717
Honorable Georgia N Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2025:

    MINUTE entry before the Honorable Georgia N Alexakis: For the reasons set forth in the accompanying memorandum opinion and order, the Court grants Local 150's motion to dismiss defendant's counterclaim [17] under Rule 12(b)(1). Because Local 150 already has conceded that its claims are moot in light of the bankruptcy discharge of the grievance awards, [41] at 3, 5, no case or controversy remains for this Court to resolve. This case is therefore terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.