# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

International Union of Operating Engineers, Local 150, AFL-CIO ,

Plaintiff(s),

v.

Michael Hogan, dba Hogan Excavating,

Defendant(s).

Case No. 22-cv-5717
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of plaintiff International Union of Operating Engineers, Local 150, AFL-CIO, and againt defendant Michael Hogan, on defendant's counterclaim.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion to dismiss defendant's counterclaim.

Date: 4/25/2025

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk